IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17 PM 5:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JULIAN T. BOLTON,

    Plaintiff,

v.

JOHN MORGAN, and
MARK PROCTOR,

    Defendants.

Civil Action No. 05-2315 Ma/P
Jury Demanded

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held before the Honorable Tu M. Pham on Thursday, August 18, 2005. Present were John D. Richardson, counsel for Plaintiff, and John J. Heflin III, counsel for Defendants. At the conference, the following dates were established as the final dates for:

| | |
|---|---|
| RULE 26(a)(1) INITIAL DISCLOSURES: | September 1, 2005 |
| JOINING PARTIES: | October 3, 2005 |
| AMENDING PLEADINGS: | October 3, 2005 |
| COMPLETING ALL DISCOVERY: | June 30, 2006 |
|   (a) DOCUMENT PRODUCTION, INTERROGATORIES, REQUESTS FOR ADMISSION: | March 3, 2006 |
|   (b) DEPOSITIONS: | June 30, 2006 |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-18-05

9

(c)  EXPERT WITNESS DISCLOSURE (Rule 26):

    (1)  DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:  March 31, 2006

    (2)  DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION:  May 12, 2006

    (3)  EXPERT WITNESS DEPOSITIONS:  June 30, 2006

FILING DISPOSITIVE MOTIONS:  July 28, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All written discovery that requires a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial, and the trial is expected to last 2 to 3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding Judge. The parties suggest that an appropriate trial date would be during September or October, 2006.

This case is not appropriate for ADR at present.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60, shall be accompanied by a proposed order.

2

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the Magistrate Judge.

This Order has been entered after a consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

Date: August 17, 2005

BY CONSENT:

JOHN D. RICHARDSON, Attorney for Plaintiff

JOHN J. HEFLIN III, Attorney for Defendants

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02315 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT