IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 4: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JULIAN T. BOLTON,

    Plaintiff,

V.                                   NO. 05-2315-MaP

JOHN MORGAN, ET AL.,

    Defendants.

## ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is defendants' September 2, 2005, unopposed motion to file a reply in further support of their motion to dismiss. For good cause shown, the motion is granted. Defendants' reply in the form attached to their motion for leave to file reply shall be deemed filed as of the date of entry of this order.

It is so ORDERED this 9th day of September, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   9-14-05

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02315 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT